UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN FITZGERALD WILLIAMS,

          Plaintiff,

   v.

PATRICIA JACKSON,

          Defendant.

CASE NO. C21-5295BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Peterson's Report and Recommendation, Dkt. 6, recommending the Court dismiss Plaintiff John Williams's 42 U.S.C. § 1983 complaint with prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim and for failure to respond to the Magistrate Judge's Order to Show Cause. Williams has not objected or otherwise responded to the Report and Recommendation.

The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

1. The Report and Recommendation is **ADOPTED;**

2. Plaintiff Williams' claims are **DISMISSED with prejudice**;

ORDER - 1

3. The Clerk shall send copies of this Order to the Williams' last known address and to Magistrate Judge Peterson; and

4. The Clerk shall enter a JUDGMENT and close the case.

Dated this 30th day of August, 2021.

BENJAMIN H. SETTLE
United States District Judge